LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
LARISSA G. NEFULDA, SB# 201903
  E-Mail: Larissa.Nefulda@lewisbrisbois.com
633 W. 5th St., Ste. 4000
Los Angeles, CA 90071
Tel: (213) 250-1800
Fax: (213) 250-7900

Attorneys for Defendant,
GC SERVICES LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KESSELMAN, <br><br> Plaintiff, <br><br> vs. <br><br> GC SERVICES LIMITED PARTNERSHIP; DOES 1-10 inclusive, <br><br> Defendant. | CASE NO. <br><br> **DEFENDANT'S NOTICE OF REMOVAL** |

TO THIS HONORABLE UNITED STATES DISTRICT COURT:

Defendant, GC SERVICES LIMITED PARTNERSHIP, files this notice of removal under 28 U.S.C. § 1446(a).

## INTRODUCTION

On July 11, 2016, Plaintiff, JONATHAN KESSELMAN, sued Defendant, GC SERVICES LIMITED PARTNERSHIP, alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.* ("RFDCPA"), in the Superior Court of the State of California for the County of Los Angeles entitled

*JONATHAN KESSELMAN v. GC SERVICES LIMITED PARTNERSHIP; DOES 1-10 inclusive*; Case No. 16K08710.

Defendant was served with a Summons and a copy of Plaintiff's Complaint on July 15, 2016. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b). A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

## BASIS FOR REMOVAL

Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§ 1331, 1441(a). Specifically, Plaintiff claims Defendant violated the FDCPA.

Copies of all pleadings, process, orders, and other filings in the state court suit are attached to this notice as required by 28 U.S.C. § 1446(a).

Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## JURY DEMAND

Plaintiff did demand a jury in the state court suit.

## PRAYER FOR RELIEF

For these reasons, Defendant asks the Court to remove the suit to the United States District Court for the Central District of California.

DATED: July 29, 2016         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Larissa G. Nefulda
Larissa G. Nefulda
Attorneys for Defendant,
GC SERVICES LIMITED PARTNERSHIP