JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KESSELMAN | **Case No.:** 2:16-cv-05665-FMO-MRW |
| Plaintiff | **ORDER ENTERING JUDGMENT AGAINT DEFENDANT IN FAVOR OF PLAINTIFF** |
| v. | |
| GC SERVICES LIMITED PARTNERSHIP, | Hon. Fernando M. Olguin |
| Defendant | |

On September 13, 2016, Defendant GC SERVICES LIMITED PARTNERSHIP ("Defendant") made an Offer of Judgment to Plaintiff JONATHAN KESSELMAN ("Mr. Kesselman"). Thereafter, Mr. Kesselman accepted said Offer on September 13, 2016. Accordingly, IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Mr. Kesselman and against Defendant pursuant to Federal Rule of Civil Procedure, Rule 68;

2. Said Judgment shall be for the total sum of $1,000.00 (one thousand dollars and zero cents);

3. Said Judgment shall also require Defendant to separately pay Plaintiff reasonable costs incurred by Plaintiff in connection with his claims, and reasonable attorney fees incurred by Plaintiff in connection with his claim

1 | against Defendant under the Fair Debt Collection Practices Act and the
2 | California Rosenthal Act, in an amount as agreed by counsel for the parties,
3 | or if they are unable to agree, as determined by the Court upon motion.
4 | 4.  Any motion for attorney's fees and costs must be filed by any applicable
5 | deadline.

Dated: September 14, 2016            By: _____/s_____

                                   Hon. Fernando M. Olguin
                            United States District Court Judge